Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

        -v.-                      :

DAVID TAYLOR,                     :    07 Cr.
  a/k/a "MrMischfHuntr@aol.com,"
  a/k/a "faboo@yahoo.com,"         :

          Defendant.           :

- - - - - - - - - - - - - - - - - - x



07 CRIM. 720

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 03 2007

COUNT ONE

The Grand Jury charges:

From in or about 2005, up to and including in or about May 2007, in the Southern District of New York and elsewhere, DAVID TAYLOR, a/k/a "MrMischfHuntr@aol.com," a/k/a "faboo@yahoo.com," the defendant, unlawfully, willfully, and knowingly did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, TAYLOR downloaded images of child pornography from computers located outside of New York onto his computer in the Bronx.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney