AUSA Adam S. Hickey
212-637-1039

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID TAYLOR,<br>a/k/a "MrMischfHuntr@aol.com,"<br>a/k/a "faboo@yahoo.com" | DOCKET NO. **07 CRIM.**  MAGISTRATE'S CASE NO. **720** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>DAVID TAYLOR,<br>a/k/a "MrMischfHuntr@aol.com,"<br>a/k/a "faboo@yahoo.com" |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>☒ Indictment  ☐ Information  ☐ Complaint | DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Possession of child pornography.

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>2252A(a)(5)(B), (b)(2) |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY  HENRY PITMAN<br>United States Magistrate Judge | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>/s/ Henry Pitman | DATE ORDERED<br>8-3-07 |
| CLERK OF  Southern District of New York | (BY) DEPUTY CLERK | DATE ISSUED<br>AUG 3 2007 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8-3-2007 | NAME AND TITLE OF ARRESTING OFFICER<br>S/A Robert Fitzsimmons | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>8-6-2007 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.