

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2007

BY HAND

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED p. 2**

    Re:  United States v. David Taylor,
          07 Cr. 720 (RMB)

Dear Judge Berman:

    The above-captioned Indictment was returned and assigned to Your Honor on August 3, 2007. Yesterday, August 6, 2007, the defendant was arrested and presented before Magistrate Judge Kevin Nathaniel Fox and time under the Speedy Trial Act began to run. Today, Your Honor's Chambers referred the matter to a Magistrate Judge for purposes of arraignment and scheduled an initial pre-trial conference for Tuesday, August 21, at 3:45 p.m.

    The Government respectfully requests that the Court exclude time from today until August 21, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The Government submits that the ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to produce copies of discovery to the defendant, and allow the defendant time to review discovery, and have any appropriate discussions regarding a possible disposition of this case. Defense counsel consents to this request for the exclusion of time.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug. 8, 2007

Hon. Richard M. Berman
August 7, 2007
Page 2

    A copy of the Indictment is enclosed for Your Honor's files.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                        By: _____
                            Adam S. Hickey
                            Assistant United States Attorney
                            Tel.: (212) 637-1039
                            Fax: (212) 637-2527

Enclosure

cc:  Leonard F. Joy, Esq., Attorney for Defendant
     (by facsimile w/o enclosure)

---

APPLICATION GRANTED. SPEEDY TRIAL TIME EXCLUDED FOR THE REASONS SET FORTH IN THIS LETTER UNTIL 8/21/07.

SO ORDERED:
Date: 8/8/07
Richard M. Berman, U.S.D.J.

Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| -v.- | : | |
| DAVID TAYLOR,<br>  a/k/a "MrMischfHuntr@aol.com,"<br>  a/k/a "faboo@yahoo.com," | : | 07 Cr. **07 CRIM. 720** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 03 20__

COUNT ONE

The Grand Jury charges:

From in or about 2005, up to and including in or about May 2007, in the Southern District of New York and elsewhere, DAVID TAYLOR, a/k/a "MrMischfHuntr@aol.com," a/k/a "faboo@yahoo.com," the defendant, unlawfully, willfully, and knowingly did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, TAYLOR downloaded images of child pornography from computers located outside of New York onto his computer in the Bronx.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

_Katherine N. Brooks_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney