```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    SUPERSEDING
                                       INDICTMENT
             -v.-                 :

DAVID TAYLOR,                     :    S1 07 Cr. 720 (RMB)
   a/k/a "MrMischfHuntr@aol.com,"
   a/k/a "faboo@yahoo.com,"       :

             Defendant.           :

- - - - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

1. From in or about 2005, up to and including in or about May 2007, in the Southern District of New York and elsewhere, DAVID TAYLOR, a/k/a "MrMischfHuntr@aol.com," a/k/a "faboo@yahoo.com," the defendant, unlawfully, willfully, and knowingly did receive and distribute and attempt to receive and distribute child pornography, and material that contained child pornography, that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, TAYLOR traded images of child pornography over the Internet and downloaded images of child pornography onto his computer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED SEP 2 5 2007

COUNT TWO

The Grand Jury further charges:

2. From in or about 2005, up to and including in or about May 2007, in the Southern District of New York and elsewhere, DAVID TAYLOR, a/k/a "MrMischfHuntr@aol.com," a/k/a "faboo@yahoo.com," the defendant, unlawfully, willfully, and knowingly did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, TAYLOR downloaded images of child pornography onto his computer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

_____                    _____
FOREPERSON                                          MICHAEL J. GARCIA
                                                    United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DAVID TAYLOR,
a/k/a "MrMischfHuntr@aol.com,"
a/k/a "faboo@yahoo.com,"

Defendant.

---

INDICTMENT

S1 07 Cr. 720 (RMB)

(18 U.S.C. § 2252A(a)(2) & (b)(1),
18 U.S.C. § 2252A (a)(5)(B) & (b)(2).)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

Sept 25 2007
Filed Superceded Indictment in S1 07 CR 720 (RMB)

Freeman, USMJ