# Federal Defenders
## OF NEW YORK,

**MEMO ENDORSED**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

December 5, 2007

**By hand**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 650
New York NY 10007

Re:   <u>United States v. David Taylor</u>
      07 Cr. 720 (RMB)

> Conference is now scheduled for 12-13-07 at 9:30 am.
>
> SO ORDERED:
> Date: 12-11-07
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

At the abortive plea allocution before Judge Maas today, Mr. Taylor expressed his dissatisfaction with my representation and requested that a new lawyer be appointed for him. Judge Maas terminated the guilty plea at that point and did not handle the representation question since it had not been referred to him. I bring the issue to your honor's attention now, since you may not want to wait until December 17, 2007, which is when our next pretrial conference is scheduled.

Respectfully,

Leonard F. Joy
Attorney-in-Chief
Tel.: (212) 417-8741

[RECEIVED DEC 05 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.]

LFJ/ies

cc:   Adam S. Hickey, Esq. (by hand)
      Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2007