UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,                  07 CR. 720 (RMB)

         -against-                            **ORDER**

DAVID TAYLOR,
                         Defendant(s).
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

       Effective December 13, 2007, C.J.A. attorney John Rodriguez is appointed as counsel for the Defendant.

Dated: New York, New York
       December 17, 2007

                                                                            Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2007