UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

          - v. -                          :      ORDER

DAVID TAYLOR,                               :      S1 07 Cr. 720 (RMB)
    a/k/a "MrMischfHuntr@aol.com,"
    a/k/a "faboo@yahoo.com,"                 :

              Defendant.          :

- - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 13, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
        __2/27__, 2008

                      _____
                      THE HONORABLE RICHARD M. BERMAN
                      UNITED STATES DISTRICT JUDGE