# THE LAW OFFICES OF JOHN M. RODRIGUEZ
286 MADISON AVENUE
SUITE 2002
NEW YORK, NEW YORK 10016
(212) 889-5511

MAY 27 2008

May 23, 2008         5/24/08

**VIA FEDEX**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. David Taylor
      07 Cr. 720 (RMB)

Dear Judge Berman:

A conference is currently scheduled in the above-referenced matter for May 29, 2008. After review of the final PSI, a discussion was held between Probation Officer Michele Bambrick and the undersigned. The discussion revolved around whether a psycho-sexual examination of the defendant would help serve the Court in determining a just sentence for Mr. Taylor. We believe it may.

A teleconference with AUSA Adam Hickey was held thereafter, and he was in agreement that this matter should be adjourned for that purpose.

We, therefore, respectfully request that the Court Order a further psychiatric examination of the defendant, and adjourn this matter to a date the Court deems sufficient to comply with that Order and for sentence.

Should this request be granted, we respectfully request Your Honor's Chambers to advise as to a suitable time for the next conference.

Sincerely yours,

John M. Rodriguez

*[Handwritten endorsement:]* Psycho sexual examination is ordered. Sentence is adjourned to 7-16-08 at 2:30 p.m.
SO ORDERED:
Date: 5-28-08
Richard M. Berman, U.S.D.J.