**THE LAW OFFICES OF JOHN M. RODRIGUEZ**
286 MADISON AVENUE
SUITE 2002
NEW YORK, NEW YORK 10016
(212) 889-5511

June 11, 2008

DOCUMENT ELECTRONICALLY FILED
DATE FILED: 6/12/08

VIA FACSIMILE 212.805.6717
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. David Taylor
07 Cr. 720 (RMB)

Dear Judge Berman:

My client, David Taylor is respectfully requesting the Court to allow him to travel to Boston, Massachusetts, this weekend, Friday June 13, 2008 through Sunday June 15, 2008.

As you may be aware, his travel is presently restricted to the Eastern and Southern Districts of New York. The purpose of the weekend trip is to join his fiancé's family for a weekend Father's Day celebration.

We have contacted the United States Attorney's Office, AUSA Adam Hickey and Pre-trial Services, Leo Barrios, informing all concerned parties of the destination of the trip and it's purpose and there are no objections.

Should this request be granted, we respectfully request Your Honor's Chambers to advise my office at your earliest convenience.

Sincerely yours,

John M. Rodriguez

*Application to travel is granted on consent.*

SO ORDERED:
Date: 6-12-08
Richard M. Berman, U.S.D.J.