**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                    **ORDER**

              -against-                              07 **CR.** 720 (RMB)

DAVID TAYLOR,

                              Defendant.
------------------------------------------------------------X


        For the reasons stated on the record today, the defendant is hereby remanded.




Dated:  New York, New York
        July 24, 2008


                              _____
                              **RICHARD M. BERMAN, U.S.D.J.**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2008