**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

UNITED STATES OF AMERICA,                         :
                                                  :
                            Government,           :        07 CR. 720 (RMB)
                                                  :
              - against -                         :        **ORDER**
                                                  :
DAVID TAYLOR,                                     :
                            Defendant.            :
------------------------------------------------------------x

     The conference currently scheduled for Wednesday, November 13, 2019, at 10:00

a.m. is hereby rescheduled to 1:00 pm on the same date.


Dated: New York, New York
         November 12, 2019

                                     *Richard M. Berman*

                                    **RICHARD M. BERMAN**
                                         **U.S.D.J.**