UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                            07 CR. 720 (RMB)
   -against-

**ORDER**

DAVID TAYLOR,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Tuesday, July 28, 2020 at 9:30 AM is hereby rescheduled to Wednesday, August 5, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0720

Dated: July 22, 2020
       New York, NY

                                              RICHARD M. BERMAN
                                                   U.S.D.J.